THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JERRY JEROME, Appellant, et al., Defendants.

Submitted April 5, 1954; decided April 15, 1954.

Motion to amend remittitur granted. Return of remittitur requested, and when returned, it will be amended by adding thereto the following: A question under the Federal Constitution was presented and passed upon by the Court of Appeals, viz., whether defendant Jerome was deprived of counsel of his own choice in violation of his rights under the Fourteenth Amendment of the Constitution of the United States. [See 306 N. Y. 777.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEONARDO SALEMI, Appellant.

Submitted April 5, 1954; decided April 15, 1954.

Motion for reargument denied. Motion to amend remittitur denied. [See 306 N. Y. 863.]